| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  JCV Group LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
DBA  JCV Brands

**3. Debtor's federal Employer Identification Number (EIN)**  47-4603276

**4. Debtor's address**

Principal place of business

65 West 37th Street
Suite 300
New York, NY 10018
Number, Street, City, State & ZIP Code

New York
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  jcvbrands.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **JCV Group LLC**                                                                                       Case number (*if known*) _____
        Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                      Relationship _____
District _____  When _____  Case number, if known _____

Debtor **JCV Group LLC**
Name

Case number (*if known*)

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone            _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **JCV Group LLC**                                              Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 6, 2019**
             MM / DD / YYYY

X **/s/ David Maleh**                                       **David Maleh**
  Signature of authorized representative of debtor           Printed name

  Title  **Chief Executive Office**

**18. Signature of attorney**

X **/s/ Eric S. Medina**                                    Date **November 6, 2019**
  Signature of attorney for debtor                                MM / DD / YYYY

  **Eric S. Medina**
  Printed name

  **Medina Law Firm LLC**
  Firm name

  **641 Lexington Avenue**
  **Thirteenth Floor**
  **New York, NY 10022**
  Number, Street, City, State & ZIP Code

  Contact phone **212-404-1742**       Email address **emedina@medinafirm.com**

  Bar number and State

Fill in this information to identify the case:

Debtor name: **JCV Group LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1000 Sixth Avenue Associates L**<br>1008 Sixth Avenue<br>New York, NY 10018 | | Leasehold Interest | Disputed | | | $1,171,483.20 |
| **All Ways**<br>701 Newark Avenue<br>Elizabeth, NJ 07208 | | Customs and Freight | Disputed | | | $44,955.00 |
| **Amster, Rothstein & Ebenstein**<br>90 Park Avenue<br>New York, NY 10016 | | Services | Disputed | | | $7,630.00 |
| **Apex Logistics International**<br>230-59 Rockaway Blvd<br>Suite 260<br>Springfield Gardens, NY 11413 | | Logistics | Disputed | | | $6,595.00 |
| **Atlantic Logistics**<br>PO Box 050388<br>Brooklyn, NY 11205 | | Logistics | Disputed | | | $6,570.00 |
| **Business Data Solutions LLC**<br>236 Possum Hollow Road<br>Jamesburg, NJ 08831 | | | Disputed | | | $56,903.18 |
| **Changshu Hopeking Textiles**<br>No. 18/42 Pujiang Road<br>Bixi New District, Jiangsu Pro<br>Changshu City, CH 21550 | | Textile Goods | Disputed | | | $30,479.04 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **JCV Group LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Card Services**<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | **Business Credit Card** | **Disputed** | | | $54,786.30 |
| **Fortune Global LTD**<br>Units 1616-17 16/F, Tower A<br>Regent Ctr, 63 Wo Yi Hop Rd<br>Kwai Chung, HK | | **Textile Goods** | **Disputed** | | | $31,268.40 |
| **Franchise Tax Board**<br>PO Box 942857<br>Sacramento, CA 94257-0531 | | **CA Taxes** | **Disputed** | | | $6,000.00 |
| **Jiangxi Yi Han IMP&EXP Trade**<br>South Gate Lean Industrial PK<br>Lean County,<br>Jiangxi Pro<br>Fuzhou City, CH | | **Textile Goods** | **Disputed** | | | $17,640.00 |
| **JOC Great Wall Corp**<br>No 8. South Liyuan Rd<br>Jiangning Devlopment Zone<br>Nanjing, CH | | **Textile Goods** | **Disputed** | | | $94,368.00 |
| **LM Cohen & Company**<br>535 Fifth Avenue<br>12th Floor<br>New York, NY 10017 | | **Accounting** | **Disputed** | | | $8,875.00 |
| **Memory Foam Productions** | | **Textile Goods** | **Disputed** | | | $173,584.68 |
| **Nantong Longdu Home Textile Co**<br>No. 149 Jie Fang Road<br>JiangSu Pro<br>Haimen City, CH | | **Textile Goods** | **Disputed** | | | $208,627.44 |
| **Qingdao Ruikailong Dress Lo.**<br>Longshan Street<br>Xifuload<br>Jimo<br>Qingdoa, CH | | **Textile Goods** | **Disputed** | | | $70,380.48 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **JCV Group LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quality Clothing Manufacturer**<br>**North of Liaoyuan**<br>**Hubei Province**<br>**Jingzhou City, CH** | | | **Disputed** | | | $73,584.00 |
| **Shanghai Senful Pet Products**<br>**Rm 301 Building 13**<br>**No. 518 Xinzhuan Hwy**<br>**Shanghai, CH**<br>**20161-2000** | | **Textile Goods** | **Disputed** | | | $57,115.00 |
| **Zhangjiagang Sunrise Textile**<br>**No. 88 Nanyuan Road**<br>**Tangqiao Town, Jiangsu**<br>**Zhangjiang City, CH** | | **Textile Goods** | **Disputed** | | | $114,374.40 |
| **Zhuji Aodeng Knitting Co.**<br>**No. 6 Xingye 1 Road, Toazhu St**<br>**Zhuji**<br>**Zhejiang, CH** | | **Textile Goods** | **Disputed** | | | $286,602.03 |

```
1000 SIXTH AVENUE ASSOCIATES
1008 SIXTH AVENUE
NEW YORK, NY 10018


1000 SIXTH AVENUE ASSOCIATES L
1008 SIXTH AVENUE
NEW YORK, NY 10018


ABG EPE IP LLC
C/O AUTHENTIC BRANDS GROUP LLC
1411 BROADWAY, 4TH FLOOR
NEW YORK, NY 10018


ABG JUICY COUTURE LLC
C/O AUTHENTIC BRANDS GROUP LLC
1411 BROADWAY, 4TH FLOOR
NEW YORK, NY 10018


ABG-AERO IPCO LLC
C/O AUTHENTIC BRANDS GROUP LLC
1411 BROADWAY, 4TH FLOOR
NEW YORK, NY 10018


ABG-SHAQ, LLC
C/O AUTHENTIC BRANDS GROUP LLC
1411 BROADWAY 4TH FLOOR
NEW YORK, NY 10018


ADOBE INC.
29322 NETWORK PLACE
CHICAGO, IL 60673-1293


ALL WAYS
701 NEWARK AVENUE
ELIZABETH, NJ 07208


AMSTER, ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016


AMTRUST NORTH AMERICA
800 SUPERIOR AVENUE E
CLEVELAND, OH 44114
```

```
ANGELA VERRELLI
2 SYDIE LANE
CANADA L0G-1W0
TOTTENHAM, ON


APEX LOGISTICS INTERNATIONAL
230-59 ROCKAWAY BLVD
SUITE 260
SPRINGFIELD GARDENS, NY 11413


ARMY TRADEMARK LICENSING PROG.
ATTN:  PAUL JENSEN
2530 CRYSTAL DRIVE
ARLINGTON, VA 22202-3934


ATLANTIC LOGISTICS
PO BOX 050388
BROOKLYN, NY 11205


BUSINESS DATA SOLUTIONS LLC
236 POSSUM HOLLOW ROAD
JAMESBURG, NJ 08831


CANON FINANCIAL SERVICES, INC.
PO BOX 5008
MOUNT LAUREL, NJ 08054


CHANGSHU HOPEKING TEXTILES
NO. 18/42 PUJIANG ROAD
BIXI NEW DISTRICT, JIANGSU PRO
CHANGSHU CITY, CH 21550


CHASE CARD SERVICES
PO BOX 15298
WILMINGTON, DE 19850-5298


CONEDISON
COOPER STATION
P. O. BOX 138
NEW YORK, NY 10276-0138


DATA TRUCKING INC.
176 PINEVIEW AVENUE
BARDONIA, NY 10954
```

```
DAVID MALEH
1926 EAST 1ST STREET
BROOKLYN, NY 11223


DEBORAH HARVEY
77-63 78TH STREET
GLENDALE, NY 11385


DOG FOR DOG LLC
2121 AVENUE OF THE STARS
SUITE 2320
LOS ANGELES, CA 90067


FORTUNE GLOBAL LTD
UNITS 1616-17 16/F, TOWER A
REGENT CTR, 63 WO YI HOP RD
KWAI CHUNG, HK


FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0531


INNOVATIVE CARRIERS
PO BOX 110493
BROOKLYN, NY 11211


JIANGXI YI HAN IMP&EXP TRADE
SOUTH GATE LEAN INDUSTRIAL PK
LEAN COUNTY, JIANGXI PRO
FUZHOU CITY, CH


JOC GREAT WALL CORP
NO 8. SOUTH LIYUAN RD
JIANGNING DEVLOPMENT ZONE
NANJING, CH


LDI COLOR TOOBOX
50 JERICHO QUADRANGLE
JERICHO, NY 11753


LM COHEN & COMPANY
535 FIFTH AVENUE
12TH FLOOR
NEW YORK, NY 10017
```

```
MEDIAMIX DISTRIBUTION LLC
2411 URBANOWITZ AVENUE
LINDEN, NJ 07036


MEMORY FOAM PRODUCTIONS



MERCHANT FACTORS CORP.
1441 BROADWAY
22ND FLOOR
NEW YORK, NY 10018


MUHAMMAD ALI ENTERPRISES, LLC
C/O AUTHENTIC BRANDS GROUP LLC
1411 BROADWAY, 4TH FLOOR
NEW YORK, NY 10018


NANTONG LONGDU HOME TEXTILE CO
NO. 149 JIE FANG ROAD
JIANGSU PRO
HAIMEN CITY, CH


PHOENIX CAPITAL GROUP FINANCE
PO BOX 1415
DES MOINES, IA 50305


QINGDAO RUIKAILONG DRESS LO.
LONGSHAN STREET XIFULOAD
JIMO
QINGDOA, CH


QUALITY CLOTHING MANUFACTURER
NORTH OF LIAOYUAN
HUBEI PROVINCE
JINGZHOU CITY, CH


ROSALEE CADIEUX
990 THOMAS AVENUE
BALDWIN, NY 11510


SAMSUNG C&T AMERICA INC
1430 BROADWAY, 22ND FLOOR
NEW YORK, NY 10018
```

```
SHANGHAI SENFUL PET PRODUCTS
RM 301 BUILDING 13
NO. 518 XINZHUAN HWY
SHANGHAI, CH 20161-2000


SPECTRUM
3347 PLATT SPRINGS RD
WEST COLUMBIA, SC 29170


STEVEN CHREM



THE ESSES LAW GROUP, LLC
845 THIRD AVENUE
6TH FLOOR
NEW YORK, NY 10022


THE ESTATE OF MARILYN MONORE
C/O AUTHENTIC BRANDS GROUP LLC
1411 BROADWAY, 4TH FLOOR
NEW YORK, NY 10018


THE ESTATE OF MARILYN MONROE
C/O AUTHENTIC BRAND GROUP LLC
1411 BROADWAY 4TH FLOOR
NEW YORK, NY 10018


TPA SERVICES INC.
43 WEST 33RD STREET
ROOM 405
NEW YORK, NY 10001


UNITED HEALTH CARE OXFORD
4 RESEARCH DRIVE
SHELTON, CT 06484


WASTE CONNECTIONS OF NEW YORK
320 WOOD AVE SOUTH
STE 302
ISELIN, NJ 08830-2709


XCHANGE TELECOM
PO BOX 189112
BROOKLYN, NY 11218
```

```
ZHANGJIAGANG SUNRISE TEXTILE
NO. 88 NANYUAN ROAD
TANGQIAO TOWN, JIANGSU
ZHANGJIANG CITY, CH


ZHUJI AODENG KNITTING CO.
NO. 6 XINGYE 1 ROAD, TOAZHU ST
ZHUJI
ZHEJIANG, CH


ZHUJI YUELONG KNITTING CO. LTD
NO 319 EAST ZHONGXING RD
DATANG TOWN
ZHUJI CITY, CH
```

# United States Bankruptcy Court
## Southern District of New York

In re  **JCV Group LLC**                                                                                    Case No.
                                          Debtor(s)                                                                    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JCV Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  6, 2019**                                      **/s/ Eric S. Medina**
Date                                                                   **Eric S. Medina**
                                                                           Signature of Attorney or Litigant
                                                                           Counsel for   **JCV Group LLC**
                                                                           **Medina Law Firm LLC**
                                                                           **641 Lexington Avenue**
                                                                           **Thirteenth Floor**
                                                                           **New York, NY 10022**
                                                                           **212-404-1742 Fax:888-833-9534**
                                                                           **emedina@medinafirm.com**